```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                           CASE NO. 04 B 22135
   ANTHONY J ROUNDS
   LILLIE W ROUNDS                               CHAPTER 13

                                                 JUDGE: JACQUELINE P COX

         Debtor
   SSN XXX-XX-2881    SSN XXX-XX-4709

-------------------------------------------------------------------------------
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
-------------------------------------------------------------------------------
     The case was filed on 06/09/2004 and was confirmed 08/02/2004.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors an estimated  12.80% from remaining funds.

     The case was paid in full 09/17/2007.
-------------------------------------------------------------------------------
CREDITOR NAME             CLASS         CLAIM AMOUNT    INTEREST     PRINCIPAL
                                                         PAID         PAID
-------------------------------------------------------------------------------
ASPIRE                    UNSECURED         983.50          .00        125.85
AT & T WIRELESS           UNSECURED         660.82          .00         84.56
AT & T WIRELESS           UNSECURED         367.63          .00         47.02
AT & T WIRELESS           UNSECURED        1019.29          .00        130.43
CAPITAL ONE BANK          FILED LATE          .00           .00           .00
CARMAX AUTO FINANCE       UNSECURED        3942.45          .00        504.48
PREMIER BANCARD CHARTER   UNSECURED         524.07          .00         67.06
PLAZA ASSOCIATES          UNSECURED       NOT FILED         .00           .00
AMERICREDIT FINANCIAL SE  SECURED          1604.42          .00       1604.42
AMERICREDIT FINANCIAL SE  SECURED             .00           .00           .00
ASPIRE                    UNSECURED        1518.65          .00        194.33
FINGERHUT CREDIT ADVANTA  UNSECURED        1345.71          .00        172.20
PREMIER BANCARD CHARTER   UNSECURED         383.11          .00         49.02
ECAST SETTLEMENT CORP     UNSECURED            .00          .00           .00
CAPITAL ONE BANK          FILED LATE          .00           .00           .00
CAPITAL ONE BANK          FILED LATE          .00           .00           .00
SEARS PAYMENT CENTER      UNSECURED        1093.61          .00        139.94
MELVIN J KAPLAN           DEBTOR ATTY     2,700.00                   2,700.00
TOM VAUGHN                TRUSTEE                                      330.69
DEBTOR REFUND             REFUND                                         1.00

        Summary of Receipts and Disbursements:
-------------------------------------------------------------------------------
                     RECEIPTS          DISBURSEMENTS
-------------------------------------------------------------------------------
TRUSTEE              6,151.00

PRIORITY                                       .00
SECURED                                   1,604.42
UNSECURED                                 1,514.89
ADMINISTRATIVE                            2,700.00
TRUSTEE COMPENSATION                        330.69

                  PAGE  1 - CONTINUED ON NEXT PAGE
        CASE NO. 04 B 22135 ANTHONY J ROUNDS & LILLIE W ROUNDS
```

```
DEBTOR REFUND                                                         1.00
                                        ---------------       ---------------
TOTALS                                         6,151.00              6,151.00
```

   Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


```
                                        /s/ Tom Vaughn
  Dated: 01/03/08                       _____
                                        TOM VAUGHN
                                        CHAPTER 13 TRUSTEE
```